UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SHAWN S. HEIDER,

    Plaintiff,

  v.

    Case No. 16-CV-1209

FINCANTIERI MARINE GROUP, LLC,

    Defendant.

## STIPULATION FOR DISMISSAL

It is hereby stipulated by and between the Plaintiff, Shawn Heider, by and through his counsel, Fox & Fox, S.C., and Defendant, Fincantieri Marine Group, LLC, by and through its counsel, Godfrey & Kahn, S.C., that the above-captioned lawsuit shall be dismissed in its entirety with prejudice, and with each party bearing its own costs and attorneys' fees.

Dated this 5th day of April, 2017.

By: *s/ Peter J. Fox*
Peter J. Fox
State Bar No. 1037925

Fox & Fox, S.C.
735 W. Wisconsin Ave., 12th Floor
Milwaukee, WI 53233
T: 414-326-3260
F: 414-224-1411
Email: pfox@foxquick.com

Attorneys for Plaintiff

Dated this 19th day of April, 2017.

By: *s/ John A. Haase*
John A. Haase
State Bar No. 1027536
Aaron P. McCann
State Bar No. 1086319

Godfrey & Kahn, S.C.
200 South Washington Street, Suite 100
Green Bay, WI 54301-4298
Phone: 920-432-9300
Fax: 920-436-7988
Email: jhaase@gklaw.com
amccann@gklaw.com

Attorneys for Defendant

17131622.1