UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SHAWN S. HEIDER,

    Plaintiff,

v.

FINCANTIERI MARINE GROUP, LLC,

    Defendant.

Case No. 16-CV-1209

## ORDER FOR DISMISSAL

Based on the Stipulation of the parties;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without cost to either party.

Dated this 25th day of April, 2017.

    s/ William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court

17131635.1